Ispeky, Appellant, *v.* Bethlehem Steel Company.

Argued June 16, 1960. Before RHODES, P. J., GUN-THER, WRIGHT, WOODSIDE, ERVIN, WATKINS, and MONT-GOMERY, JJ.

*W. J. Krencewicz*, for appellant.

*E. Mac Troutman*, with him *McFadden, Riskin, McCarthy and Holland*, for appellee.

OPINION PER CURIAM, September 16, 1960:

The order of the court below dismissing the claimant's appeal from the Workmen's Compensation Board is affirmed on the opinion of Judge PALMER of the Court of Common Pleas of Northampton County as reported in 21 Pa. D. & C. 2d 769.